UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJOR LEAGUE TRUCKING, INC., | CASE NO. C23-1119-KKE |
| Third-Party Plaintiff/ Counter-Defendant, | ORDER STRIKING COMPLAINT FOR FAILURE TO PROSECUTE |
| v. | |
| FORSLA LLC, | |
| Third-Party Defendant/ Counter Claimant. | |

This matter comes before the Court *sua sponte*, as third-party Plaintiff Major League Trucking, Inc. ("MLT") has failed to respond to the Court's order to show cause why its third-party complaint should not be stricken for failure to prosecute. *See* Dkt. No. 99. The Court mailed a copy of that order to MLT at two different addresses, and although one was returned as undeliverable (Dkt. No. 101), one was not. MLT's former attorneys also certified that they emailed a copy of the Court's order to MLT's president. *See* Dkt. No. 100. The Court is therefore satisfied that MLT received notice of the order to show cause.

Because MLT failed to respond to the Court's order to show cause, MLT's third-party complaint (Dkt. No. 47) is STRICKEN. *See* Local Rules W.D. Wash. LCR 83.2(b)(4) (providing that a business entity other than a sole proprietorship cannot proceed *pro se* and that failure to obtain an attorney may result in dismissal of the entity's claims for failure to prosecute). Third-

ORDER STRIKING COMPLAINT FOR FAILURE TO PROSECUTE - 1

party Defendant/Counter Claimant may move entry of default against MLT no later than June 7, 2024.

Dated this 14th day of May, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge